UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
  WARREN L MARSHALL

       Debtor
  SSN XXX-XX-1460

CASE NO. 05 B 45127

CHAPTER 13

JUDGE: BRUCE W BLACK

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/06/05 and confirmed on 03/09/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 18122.10 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELMAR FINANCIAL CO | CURRENT MORTG | .00 | .00 | .00 |
| DELMAR FINANCIAL CO | MORTGAGE ARRE | 13930.78 | .00 | 13930.78 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 2308.00 | .00 | 2308.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 452.80 | .00 | 452.80 |
| ROUNDUP FUNDING LLC | UNSECURED | .00 | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13930.78 | .00 | 2760.80 | .00 | 16691.58 |
| PRINCIPAL PAID | 13930.78 | .00 | 2760.80 | .00 | 16691.58 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 13930.78 | .00 | 2760.80 | .00 | 16691.58 |

The Debtor's attorney, ALONZO H ZAHOUR                    , was allowed $        .00 and was paid $        .00 .

The Trustee received $      683.49 .

Refunds to the Debtor totaled $      747.03 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 05/21/08          /S/
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE

```
                              PAGE  2
       CASE NO. 05 B 45127 WARREN L MARSHALL
```